In the Matter of PARK–LEXINGTON CORPORATION, Debtor.

ANAHMA REALTY CORPORATION, Appellant.

No. 249.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1937.

George F. Thompson, of New York City, for appellant.

Lewis & Kelsey, of New York City (Frederick T. Kelsey and Pike P. Waldrop, both of New York City, of counsel), for debtor.

Meyer Kraushaar, of New York City, for intervener.

Clive C. Handy, of New York City (K. O. Mott-Smith, of New York City, of counsel), for New York Central R. Co. and the N. Y. State Realty & Terminal Co.

Pfeiffer & Crames, of New York City (Alexander Pfeiffer and Morris G. Duchin, both of New York City, of counsel), for appellees Ivor B. Clark and Ivor B. Clark, Inc.

1014

McNamara & Seymour, of New York City (Charles Green Smith, of New York City, of counsel), for Empire Trust Co., as First Mortgage Trustee.

Cadwalader, Wickersham & Taft, of New York City (Robert Le Roy, of New York City, of counsel), for appellees Karl H. Behr et al.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.